**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JEFFREY NORKUNAS

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

SOUTHERN PENNSYLVANIA
TRANSPORTATION AUTHORITY

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I. Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name: JEFFREY NORKUNAS
Street Address: 37 OAK ST
County, City: SALEM CO, SALEM
State & Zip Code: NJ 08079
Telephone Number: 314-439-1972

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1     Name _____
                    Street Address _____
                    County, City _____
                    State & Zip Code _____

Defendant No. 2     Name _____
                    Street Address _____
                    County, City _____
                    State & Zip Code _____

Defendant No. 3     Name _____
                    Street Address _____
                    County, City _____
                    State & Zip Code _____

Defendant No. 4     Name _____
                    Street Address _____
                    County, City _____
                    State & Zip Code _____

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    [X] Federal Questions          [ ] Diversity of Citizenship
    [ ] U.S. Government Plaintiff  [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **ADA   TITLE II   REG 28   CFR § 35.130**

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **PHILADELPHIA PA SEPTA COURTESY DESK 13TH + MARKET**

B. What date and approximate time did the events giving rise to your claim(s) occur? **11/1/18, 11/13/18 11/28/18. CALLED CORPORATE ON APPOX 11/15/18**

C. Facts [What happened to you?]: **TRIED TO GET A DISABLED REDUCED FARE BUS PASS WITH MY NJ TRANSIT DISABLED CARD + WAS DENIED, GIVEN FORM TO SEE DOCTOR, RETURNED WITH SSDI PAPERWORK + WAS STILL DENIED WITHOUT DOCTOR'S FORM. IF I WAS ELDERLY I JUST SHOW STATE ID WITH PROOF OF AGE. SHOWED FEDERAL PAPERWORK PROVING DISABILITY, REQUIRED TO DO MORE, VIOLATION OF ADA LAW**

[Who did what?] **SEPTA TRANSIT AUTHORITY VIOLATED ADA TITLE II LAW**

[Was anyone else involved?] **NO**

[Who else saw what happened?] **DID NOT GET WITNESS STATEMENTS OR NAMES**

- 3 -

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. EXCESSIVE WALKING DUE TO NOT BEING ABLE TO AFFORD BUS FARE CAUSED MORE WEAR + TEAR ON AN ALREADY DAMAGED BODY. EMOTIONAL STRESS, FATIGUE, EXHAUSTION, EXESSIVE PAIN.

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

FORCE SEPTA TO CONFORM TO ADA GUIDELINES, 25,000 FOR PAIN + SUFFERING, TIME LOSS, STRESS

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __15__ day of __January__, 20__19__.

Signature of Plaintiff __Jeff Nule__
Mailing Address __37 OAK ST__
__Salem NJ 08079__

Telephone Number _____
Fax Number *(if you have one)* _____
E-mail Address __JNORKUNAS33@GMAIL.com__

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: __Jeff Nule__